UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE METROPOLITAN ) | |
| GOVERNMENT OF NASHVILLE ) | |
| AND DAVIDSON COUNTY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 3:15-cv-0447 |
| v. ) | Judge Sharp |
| ) | |
| DELINQUENT TAXPAYERS ) | |
| AS SHOWN ON 2013 REAL ) | |
| PROPERTY TAX RECORDS ) | |
| OF THE METROPOLITAN ) | |
| GOVERNMENT OF NASHVILLE ) | |
| AND DAVIDSON COUNTY, et al. ) | |
| ) | |
| Defendants. ) | |

# ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge (Docket No. 9), recommending that this case be remanded to state court. Neither party has filed any objections to the Magistrate Judge's R & R.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." FED. R. CIV. P. 72(b).

Having conducted a *de novo* review in accordance with Rule 72, the Court will accept the disposition set forth in the R & R. Accordingly, the Court rules as follows:

   (1) The R & R (Docket No. 9) is hereby ACCEPTED and APPROVED;

   (2) This action is hereby REMANDED TO STATE COURT.

The Clerk of the Court shall enter Final Judgment in a separate document in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE